STATE OF CONNECTICUT *v.* ANTONIO D. FARINHA
(12956)

DUPONT, C. J., and HEIMAN and SCHALLER, Js.

Argued November 7—decision released November 29, 1994

*Michael R. Hasse,* for the appellant (defendant).

*Lawrence J. Tytla,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.

DAVID BUONOME ET AL. *v.* ANTHONY BONI
(13042)

DUPONT, C. J., and LAVERY and SPEAR, Js.

Submitted on briefs November 3—decision released November 29, 1994

*Michael J. Whalen* filed a brief for the appellant (defendant).

*Leonard A. Fasano* filed a brief for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.